UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

R. L., by and through her parents and
next friends, Mr. and Mrs. L.,
    Plaintiffs,

2004 JAN 30  P 4: 16

U.S. DISTRICT COURT
HARTFORD, CT.

v.                                                                    Civil Action No. 3:02CV16 (CFD)

PLAINVILLE BOARD of EDUCATION,
    Defendant.

### RULING ON MOTION TO SUBMIT ADDITIONAL EVIDENCE

Pending is the plaintiffs' Motion to Submit Additional Evidence [Doc. # 31]. The motion is GRANTED, in part. The Court will consider the Evaluation of Dr. Mark A. Greenstein for the limited purpose of updating the Court as to R.L.'s condition.

In light of this ruling, the defendant may update its summary judgment materials by **February 20, 2004**.

SO ORDERED this 30th day of January 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE