UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| R.L., by and through her parents and next Friends, Mr. and Mrs. L.,<br>　　　　Plaintiff<br>　　v.<br><br>Plainville Board of Education,<br>　　　　Defendant. | : Civil Action No.<br>: 3:02CV16 (CFD)<br>:<br>:<br>:<br>:<br>: February 11, 2004<br>: |

### DEFENDANT PLAINVILLE BOARD OF EDUCATION'S
### MOTION FOR CONTINUANCE

The defendant moves this court for a continuance of oral argument that is currently scheduled for February 26, 2004 at 3:00 p.m. The undersigned counsel is required to attend a hearing before the Freedom of Information Commission (FOIC) at 2:30 p.m. on this date and this hearing has already been reschedule on two other occasions due to the scheduling conflicts of the parties and witnesses. Due to the specific facts involved in this matter and the pending FOIC matter, the undersigned counsel must handle the case and it may not be reassigned to another attorney.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The undersigned counsel has consulted with plaintiff's counsel, Andrew Feinstein. Attorney Feinstein has no objection to this request for a continuance.

Both counsel are available on March 1, 3 and 5, 2004 for oral argument on the pending motions for summary judgment.

For the reasons set forth herein, the defendant respectfully requests a continuance of the February 26, 2004 date scheduled for oral argument.

DEFENDANT – PLAINVILLE BOARD OF EDUCATION

By /s/ Nicole A. Bernabo

Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
(860) 233-2141
(860) 233-0516 facsimile
nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for Continuance was mailed, U. S. Mail, postage prepaid, to Andrew Feinstein, Esq., 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002 on this 11th day of February, 2004.

                                                                                                 _____
                                                                                                 Nicole A. Bernabo