UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| R.L., by and through her parents and next Friends, Mr. and Mrs. L., <br> Plaintiff <br> v. <br><br> Plainville Board of Education, <br> Defendant. | Civil Action No. <br> 3:02CV16 (CFD) <br><br><br><br> February 11, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant in the above-captioned case hereby moves for an extension of time to update its motion for summary judgment. The current deadline is on or before February 20, 2004. The defendant respectfully requests an additional four (4) day extension of time, up to and including February 24, 2003. This extension of time is necessitated by the fact that the undersigned counsel received this decision on or about February 6, 2004 and has been involved in three separate State Department of Education administrative due process hearings and a Section 504 hearing. Furthermore, the undersigned counsel will be out of state from February 14-22, 2004.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

The undersigned counsel contacted counsel for the plaintiff, Andrew Feinstein, who has no objection to this request to the extent that the defendant's response does not go beyond the factual record. This is the defendant's first request for an extension of time regarding the update of the defendant's motion for summary judgment.

For the foregoing reasons, the defendant's counsel has established good cause for the Court to grant its request for an extension of time.

DEFENDANT – PLAINVILLE BOARD
OF EDUCATION

By _____
Nicole A. Bernabo (ct19783)
Sullivan, Schoen, Campane & Connon
646 Prospect Avenue
Hartford, CT 06105
(860) 233-2141
(860) 233-0516 facsimile
nbernabo@sscc-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing motion for extension of time was mailed, U. S. Mail, postage prepaid, to Andrew Feinstein, at the Law Offices of David C. Shaw, 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002 on this 11th day of February, 2004.

*[signature]*
Nicole A. Bernabo