FILED

2004 FEB 13 P 3:17
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| R.L., by and through her parents and next Friends, Mr. and Mrs. L., <br> Plaintiff <br> v. <br> Plainville Board of Education, <br> Defendant. | Civil Action No. <br> 3:02CV16 (CFD) <br><br><br><br> February 11, 2004 |

## DEFENDANT PLAINVILLE BOARD OF EDUCATION'S MOTION FOR CONTINUANCE

The defendant moves this court for a continuance of oral argument that is currently scheduled for February 26, 2004 at 3:00 p.m. The undersigned counsel is required to attend a hearing before the Freedom of Information Commission (FOIC) at 2:30 p.m. on this date and this hearing has already been reschedule on two other occasions due to the scheduling conflicts of the parties and witnesses. Due to the specific facts involved in this matter and the pending FOIC matter, the undersigned counsel must handle the case and it may not be reassigned to another attorney.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

[Handwritten annotation in left margin: "Granted. The hearing will be March 1, 2004 at 11:00 a.m. So ordered. /s/"]

[Handwritten at top: "2nd mtn cont" and "#40"]