UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| R.L., by and through her parents and next Friends, Mr. and Mrs. L., **Plaintiff** v. Plainville Board of Education, **Defendant.** | Civil Action No. 3:02CV16 (CFD) February 11, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendant in the above-captioned case hereby moves for an extension of time to update its motion for summary judgment. The current deadline is on or before February 20, 2004. The defendant respectfully requests an additional four (4) day extension of time, up to and including February 24, 2003. This extension of time is necessitated by the fact that the undersigned counsel received this decision on or about February 6, 2004 and has been involved in three separate State Department of Education administrative due process hearings and a Section 504 hearing.

Furthermore, the undersigned counsel will be out of state from February 14-22, 2004.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**