FILED

2004 FEB 25  P 3: 5[?]

DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| R.L., by and through her parents and next, Friends, Mr. and Mrs. L., Plaintiff, v. PLAINVILLE BOARD OF EDUCATION, Defendant. | CIVIL ACTION NO. 3:02 CV 0016 (CFD) FEBRUARY 24, 2004 |

## DEFENDANT PLAINVILL BOARD OF EDUCATION'S MOTION TO SUBMIT ADDITIONAL EVIDENCE

Pursuant to the provisions of 20 U.S.C. §1415(i)(2)(B) and this court's January 30, 2004 Order permitting the Board to supplement the record in this case, the defendant moves to submit additional evidence to supplement the administrative hearing record and to bring the Court up to date. Specifically, the defendant asks that the correspondence between the parties regarding the student's medical condition – recent diagnosis of sleep apnea and seizure - which prompted the evaluation of Dr. Robert A. Greenstein be considered by the Court in rendering its decision on the cross motions for summary judgment.

**Oral Argument Not Requested**
**Testimony Not Required**

For the foregoing reasons, and the reasons provided in the attached memoranda and the Board's March 7, 2003 memoranda, the Board respectfully requests that the Court consider the additional evidence attached hereto.

THE DEFENDANT,
PLAINVILLE BOARD OF EDUCATION

By: *(signature)*
Nicole A. Bernabo
Federal Bar No. ct19783
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, Connecticut 06105
Telephone: (860) 233-2141
Facsimile: (860) 233-0516
E-mail: nbernabo@sscc-law.com

2

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first-class mail, postage prepaid, on this 25th day of February 25, 2004, to Andrew Feinstein, 34 Jerome Avenue, Suite 210, Bloomfield, CT 06002.

*[signature]*
Nicole A. Bernabo

3

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326