T/cvmhrg (October 17, 2001)

HONORABLE _Disney_

DEPUTY CLERK _Den_    RPTR/ERO/TAPE _Marshall_

TOTAL TIME: _1_ hours ____ minutes

DATE _3-1-04_    START TIME _11:00_    END TIME _12:00_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_L._

CIVIL NO. _02CV16 CFD_

§    _Feinstein_
§    Plaintiffs Counsel
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

vs.

_Board of Ed._

§    _B. ezrabo_
§    Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing    ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing      ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing         ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

| | | | | | |
|---|---|---|---|---|---|
| ☒ | # 15 | Motion _for Summary Judgment_ | ☐ granted | ☐ denied | ☒ advisement |
| ☒ | # 18 | Motion _for Summary Judgment_ | ☐ granted | ☐ denied | ☒ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____ | | | |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | _____ | | ☐ filed | ☐ docketed |
| ☐ | | Hearing continued until _____ at _____ | | | |