UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -1  P 2:40

U.S. DISTRICT COURT
HARTFORD, CT.

R.L.,
    Plaintiff

- v -                                3:02-16(CFD)

PLAINVILLE BOARD
OF EDUCATION,
    Defendant

### ORDER

A settlement conference shall be held before the undersigned on **March 9, 2004, at 10:00 a.m.** The parties shall submit *ex parte* statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than March 5, 2004. **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), *aff'd*, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 1st day of March 2004.

_____
Thomas P. Smith
United States Magistrate Judge