UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 MAR -9 P 2:41
US DISTRICT COURT
HARTFORD, CT.

**Settlement Conference Calendar**

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

March 9, 2004

10:00 a.m.

CASE NO. **3:02-16** (CFD) **R.L. v. Plainville Board of Education**

**SETTLEMENT CONFERENCE**

Nicole Alexandra Bernabo
Sullivan, Schoen, Campane & Connon
646 Prospect Ave.
Hartford, CT 06105


Andrew Alan Feinstein
Law Offices of David C. Shaw
34 Jerome Ave.
Suite 210
Bloomfield, CT 06002

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS - Did not settle*

*Time: 1'30"*